UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

XIAOJIN (JEAN) GUO,

    Plaintiff(s),

    v.

COLOR TECH CORPORATION, et al.,

    Defendant(s).

_____/

No. C 08-4923 PJH

**ORDER SCHEDULING FURTHER CASE MANAGEMENT CONFERENCE**

In view of notification from the ADR office that this matter settled prior to the scheduled mediation, the court sets a further case management conference for April 30, 2009, at 2:30 p.m. This date will be vacated should the parties submit a stipulation for dismissal by April 29, 2009.

**IT IS SO ORDERED.**

Dated: April 1, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge