

Littler Mendelson, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693

Robert L. Zaletel
415.288.6343 direct
415.433.1940 main
415.433.1940 fax
rzaletel@littler.com

April 7, 2009

**VIA ELECTRONIC FILING & MAIL**

Hon. Phyllis J. Hamilton
Judge, United States District Court - Northern District
450 Golden Gate Avenue
San Francisco, CA  94102

    Re:   *Xiaojin (Jean) Guo v. Color Tech Corporation*
           USDC-ND Case No. CV 08 4923 PJH

Dear Judge Hamilton:

We are in receipt of your order scheduling another case management conference for April 30, 2009, at 2:30 p.m., subject to being taken off calendar provided a dismissal is filed by April 29, 2009.  The final settlement check from Defendant Andover Printing Services, Ltd. is scheduled to be paid May 1st, to be followed by a dismissal as to Andover.  Andover respectfully requests that in order to avoid an unnecessary court appearance, the case management conference scheduled for April 30th at 2:30 p.m. be continued one (1) week to May 7, 2009.  We fully anticipate that a dismissal will be filed before that date as to Andover.  Plaintiff's attorney does not object to this request for a continuance.

Thank you for your consideration.

Sincerely,

LITTLER MENDELSON

*/s/ Robert L. Zaletel*
Robert L. Zaletel

4/14/09



IT IS SO ORDERED
Judge Phyllis J. Hamilton

RLZ/gm
cc:    John Ota, Esq. (via email)
        Gregory  Czarkowski (via email)
        Richard Woon (via email)

Firmwide:89350751.1 060520.1003

littler.com