| | |
|---|---|
| 1 | BRAD YAMAUCHI, SBN 73245 |
| | JOHN OTA (SBN 195532 |
| 2 | MINAMI TAMAKI LLP |
| | 360 Post Street, 8th Floor |
| 3 | San Francisco, CA 94108 |
| | Telephone:   415.788.9000 |
| 4 | Facsimile:   415.398.3887 |
| 5 | Attorneys for Plaintiff |
| | XIAOJIN (JEAN) GUO |
| 6 | |
| 7 | ROBERT L. ZALETEL, SBN 096262 |
| | LITTLER MENDELSON |
| 8 | A Professional Corporation |
| | 650 California Street, 20th Floor |
| 9 | San Francisco, CA 94108.2693 |
| | Telephone:   415.433.1940 |
| 10 | Fax No.:   415.399.8490 |
| 11 | Attorneys for Defendant |
| | ANDOVER PRINTING SERVICES LTD |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAOJIN (JEAN) GUO, | Case No.  CV 08 4923 PJH |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ANDOVER PRINTING SERVICES LTD. AND [PROPOSED] ORDER THEREON** |
| v. | |
| COLOR TECH CORPORATION, a California Corporation; KINGSTON KU, an individual; ANDOVER PRINTING SERVICES LTD., a corporation dba VIP LITHO and DOES 1 through 10, inclusive, | |
| Defendants. | |

Plaintiff XIAOJIN (JEAN) GUO and Defendant ANDOVER PRINTING SERVICES LTD. C, through their undersigned counsel, hereby stipulate to the dismissal of ANDOVER PRINTING SERVICES LTD. from this action with prejudice, with each side to bear its own costs and fees.

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**STIPULATION FOR DISMISSAL & [PROPOSED] ORDER**

Case No.  CV 08 4923 PJH

IT IS SO STIPULATED.

DATED: 5/5/09 , 2009

JOHN OTA (SBN 195532)
MINAMI TAMAKI LLP
Attorney for Plaintiff
XIAOJIN (JEAN) GUO

IT IS SO STIPULATED.

DATED: 4/24 , 2009

ROBERT L. ZALETEL
LITTER MENDELSON
A Professional Corporation
Attorneys for Defendant
ANDOVER PRINTING SERVICES, LTD.

### [~~PROPOSED~~] ORDER

Pursuant to the Stipulation of the parties, Defendant ANDOVER PRINTING SERVICES LTD. is dismissed from the action with prejudice, with each side to bear its own costs and fees.

IT IS SO ORDERED.

DATED: May 6 , 2009

PHYLLIS V. HAMILTON
United States District Court Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

Firmwide:89655186.1 060520.1003

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION FOR DISMISSAL &
[PROPOSED] ORDER

2.

Case No. CV 08 4923 PJH