BRAD YAMAUCHI, Bar No. SBN 73245
JOHN OTA, Bar No. SBN 195532
MINAMI TAMAKI LLP
360 Post Street, 8th Floor
San Francisco, California 94108
Telephone:  415.788.9000
Facsimile:  415.398.3887
Email:  JOta@MinamiTamaki.com

Attorneys for Plaintiff
XIAOJIAN (JEAN) GUO

KARL-HEINZ LACHNIT, Bar No. SBN 203858
Silicon Valley Law Group
25 Metro Drive, Suite 600
San Jose, CA 95110
Telephone:  (408) 573-5700
Facsimile:  (408) 573-5701
Email:  khl@svlg.com

Attorney for Defendant
CTC LIQUIDATION, INC., fka
COLOR TECH CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XIAOJIN (JEAN) GUO,<br><br>  Plaintiff,<br><br>  v.<br><br>COLOR TECH CORPORATION, a California Corporation; KINGSTON KU, an individual; ANDOVER PRINTING SERVICES LTD., a corporation dba VIP LITHO and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. CV 08-4923 PJH<br><br>STIPULATION FOR DISMISSAL OF CTC LIQUIDATION, INC., fka COLOR TECH CORPORATION |

Plaintiff XIAOJIN (JEAN) GUO and Defendant CTC LIQUIDATION, INC., fka COLOR TECH CORPORATION, through their respective undersigned counsel, hereby stipulate to the dismissal of CTC LIQUIDATION, INC., fka COLOR TECH CORPORATION, from this action with prejudice, with each side to bear its own costs and fees.

---

MINAMI TAMAKI LLP
360 POST STREET, 8TH FLOOR
SAN FRANCISCO, CA 94108
(415) 788-9000

**STIPULATION FOR DISMISSAL & PROPOSED ORDER**                    1                    Case No. CV 08-4923 PJH

IT IS SO STIPULATED.

DATED: **May 26**, 2009

_____
JOHN OTA
MINAMI TAMAKI LLP
Attorneys for Plaintiff
XIAOJIAN (JEAN) GUO

IT IS SO STIPULATED.

DATED: **May 26**, 2009

_____
KARL-HEINZ LACHNIT
Attorney for Defendant
CTC LIQUIDATION, INC., fka COLOR TECH CORPORATION

### [~~PROPOSED~~] ORDER

Pursuant to the Stipulation of the parties, Defendant CTC LIQUIDATION, INC., fka COLOR TECH CORPORATION, et al. is dismissed from the action with prejudice, with each side to bear its own costs and fees.

IT IS SO ORDERED.

DATED: **May 27**, 2009   _____

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION FOR DISMISSAL & PROPOSED ORDER    2    Case No. CV 08-4923 PJH