# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

XIAOJIN (JEAN) GUO,

    Plaintiff(s),

    v.

COLOR TECH CORPORATION, KINGSTON KU and ANDOVER PRINTING SERVICES LTD.,

    Defendant(s).
_____/

No. C 08-4923 PJH

**ORDER RE BANKRUPTCY STAY**

    Defendants Color Tech Corporation and Andover Printing Services LTD. having been dismissed from this action, and it appearing from the Notice of Bankruptcy and Automatic Stay filed on March 26, 2009, that defendant, Kingston Ku, has filed a petition in bankruptcy and that an automatic stay is in effect, and as there appears no further reason to maintain the file as an open one for statistical purposes and good cause appearing therefor,

    IT IS HEREBY ORDERED that the Clerk of the Court shall close this file for administrative purposes and submit a JS-6 form to the Administrative Office.

    IT IS FURTHER ORDERED that nothing contained herein shall be considered a dismissal or disposition of this action as to Kingston Ku, and should further proceedings become necessary or desirable, any party may initiate such proceedings in the same manner as if this order had not been entered.

    IT IS SO ORDERED.

Dated: May 27, 2009

                                                _____
                                                PHYLLIS J. HAMILTON
                                                United States District Judge